Summons in a Civil Action (Rev 11/97)

FILED
08 MAY -1 PM 2:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DAWN ROBINSON, individually, and
NOAH ROBINSON, a minor, by and
through his father and guardian
ad litem, Richard Robinson,

                Plaintiffs,

vs

COUNTY OF SAN DIEGO, WILLIAM
YAVNO and Does 1-20, inclusive,

                Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0798 J JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY    Michael R. Marrinan (SBN 90484)
Law Offices of Michael R. Marrinan
614 Fifth Avenue, Suite D
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

MAY 0 1 2008

DATE

By _____    Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)