MICHAEL R. MARRINAN (SBN 90484)
Attorney at Law
Law Offices of Michael R. Marrinan
614 Fifth Avenue, Suite D
San Diego, CA 92101
Telephone:  (619) 238-6900
Facsimile:   (6190 515-0505

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN ROBINSON and NOAH ROBINSON, a minor, by and through his father and guardian ad litem, Ricardo Robinson,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN DIEGO, WILLIAM YAVNO and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 08CV0798-J (JMA)<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME IN WHICH TO SERVE DEFENDANT WILLIAM YAVNO**<br><br>[F.R.C.P. Rules 4(m) and 6(b)] |

Comes now the plaintiffs, through their attorney Michael R. Marrinan, and hereby request that the Court grant additional time beyond the statutory 120 days for effecting service of process upon defendant William Yavno, a San Diego County deputy sheriff.

This request is made on the ground that plaintiffs' counsel has been informed that Deputy Yavno has been called up for active military duty and is currently overseas in either Afghanistan or Iraq and thus plaintiffs have been unable to serve him with this lawsuit..  Plaintiffs were informed that Deputy Yavno will be overseas for up to one year.

This application is made on an ex parte basis because no defendant has yet been served with this lawsuit, nor has any defendant made any type of appearance in this matter.  Plaintiffs anticipate serving defendant County of San Diego as soon as the Court acts on this application.

1  This request is made pursuant to F.R.C.P. Rules 4(m) and 6(b), particularly Rule 6(b) which provides that a court may, for good cause, extend the time by which an act must be done under these rules "with or without a motion or notice if the court acts, or if a request is made, before the original time or its extension expires." F.R.Civ.P. Rule 6(b)(1).

This request is based on this application, the attached declaration of counsel and all files and records in this matter.

## DECLARATION OF COUNSEL

I, Michael R. Marrinan, declare:

1. I am the attorney of records for plaintiffs in this action.

2. The complaint in this matter was filed on May 1, 2008. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure the summons and complaint must be served on defendants within 120 days of the filing of the complaint, which in this case would be September 1, 2008, unless the court extends the time upon a showing of good cause.

3. My investigator, John Ballard, has informed me that he has attempted to serve the summons and complaint on defendant William Yavno, a San Diego County deputy sheriff. Mr. Ballard said he went to the Encinitas sheriff's substation where Deputy Yavno is assigned and spoke to a clerk. When Mr. Ballard inquired about Deputy Yavno the clerk went to talk to a sergeant/supervisor at the substation. When she returned the clerk informed Mr. Ballard that Deputy Yavno was in the military reserves and his unit had been activated and sent overseas approximately one month ago. The clerk further indicated that Deputy Yavno was expected to be overseas and on leave from the sheriff's department for approximately one year. Mr. Ballard was informed that the sheriff's department was unable to accept service for Deputy Yavno and thus plaintiffs will be unable to serve Deputy Yavno within the 120 day time period. The clerk to whom Mr. Ballard spoke suggested that we contact the sheriff's legal department for additional information.

4. After obtaining the above information I called the San Diego Sheriff

Department's legal department. I spoke to a clerk and informed her that I was attempting to confirm that Deputy William Yavno was overseas in the military as well as the expected date of his return. The clerk put me hold, indicating she would check with someone. When she returned the clerk told me she had spoken to the sheriff's legal counsel and he indicated that they would not give me any information about Deputy Yavno.

5. It light of these circumstances and the information we have obtained which I have no reason to doubt, it is requested that the Court grant an additional six months beyond the 120 days to effect service on Deputy Yavno. Although Deputy Yavno may still be overseas at that time, it is contemplated that we will be able to update the Court at that time and request additional time in which to serve him if necessary. If Deputy Yavno returns in the interim we will get him served promptly.

6. I anticipate serving the only other defendant, the County of San Diego, as soon as the Court acts on this request. I anticipate proceeding with discovery, etc. in the normal course after the County answers the Complaint so that the case may proceed as much as possible over the next several months.

7. I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on my information and belief and as to those matters I believe them to be true.

Executed this 13th day of August, 2008 at San Diego, California.

**/s/ Michael R. Marrinan**
Declarant and Attorney for Plaintiffs
E-mail: mrmarrinan@aol.com