MICHAEL R. MARRINAN (SBN 90484)
Attorney at Law
Law Offices of Michael R. Marrinan
614 Fifth Avenue, Suite D
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile: (6190 515-0505

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN ROBINSON and<br>NOAH ROBINSON, a minor,<br>by and through his father and<br>guardian ad litem, Ricardo Robinson,<br><br>          Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN DIEGO,<br>WILLIAM YAVNO<br>and DOES 1-20, inclusive,<br><br>          Defendants. | Case No. 08CV0798-J (JMA)<br><br>**PETITION FOR APPOINTMENT<br>OF GUARDIAN AD LITEM** |

Petitioner alleges:

1. Petitioner Noah Robinson is a minor, five years of age, born July 28, 2002.

2. Petitioners Noah Robinson and his mother, Dawn Robinson, have causes of action arising out of injuries they suffered during their detention and the subsequent arrest of Dawn Robinson by a San Diego County sheriff's deputy on April 5, 2007, which is the subject of this lawsuit.

3. Petitioner Noah Robinson lives with his parents and legal guardians, Ricardo Robinson and plaintiff herein Dawn Robinson. No previous petition for appointment of guardian ad litem has been filed in this matter.

4. Ricardo Robinson is the father of Noah Robinson, is competent to act as Noah's

guardian ad litem in this matter and has agreed to do so.

    WHEREFORE, Petitioner, through his attorney, prays that his father, Ricardo Robinson, be appointed as Guardian Ad Litem for petitioner for purposes of prosecuting this action.

Dated: August 13, 2008

                        **/s/ Michael R. Marrinan**
                        Attorney for Petitioner
                        E-mail: mrmarrinan@aol.com