# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN ROBINSON and NOAH ROBINSON, a minor, by and through his father and guardian ad litem, Ricardo Robinson,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILLIAM YAVNO and DOES 1 - 20, inclusive,<br><br>  Defendants. | No. 08-cv-0798-JM(JMA)<br><br>(Consolidated with 08-cv-1855-JM(JMA))<br><br>ORDER GRANTING EX PARTE APPLICATION TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE (DOC NO. 20) |
| DAWN ROBINSON and NOAH ROBINSON, a minor, by and through his father and guardian ad litem, Ricardo Robinson,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO and DOES 1-20, inclusive,<br><br>  Defendants. | |

Having considered the *ex parte* application of defendant William Yavno to be excused from attending the Settlement Conference on February 10, 2010, and finding good cause therefore,

08-cv-0798-JM(JMA)

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that defendant William Yavno is excused from |
| 2 | attending the Settlement Conference on February 10, 2010. |
| 3 | DATED: February 3, 2010 |

                                                                                                                                       _____  
                                                                                                                                       HONORABLE JAN M. ADLER  
                                                                                                                                       United States Magistrate Judge