**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN ROBINSON and NOAH ROBINSON, a minor, by and through his father and guardian ad litem, Ricardo Robinson, <br><br>    Plaintiffs, <br><br>    v. <br><br>WILLIAM YAVNO and DOES 1 - 20, inclusive, <br><br>    Defendants. | No. 08-cv-0798-JM(JMA) <br><br> (Consolidated with 08-cv-1855-JM(JMA)) <br><br> ORDER OF DISMISSAL |
| DAWN ROBINSON and NOAH ROBINSON, a minor, by and through his father and guardian ad litem, Ricardo Robinson, <br><br>    Plaintiffs, <br><br>    v. <br><br>COUNTY OF SAN DIEGO and DOES 1-20, inclusive, <br><br>    Defendants. | |

///

///

///

08-cv-0798-JM(JMA)

1 | The Court has considered the parties' joint motion to dismiss the above-captioned
2 | action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
3 | Good cause appearing,
4 | IT IS HEREBY ORDERED that the above-captioned action is dismissed with
5 | prejudice.
6 | DATED: May 7, 2010

_____
HONORABLE JEFFREY T. MILLER
United States District Judge